UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x Civil Action No.: CV-04-3600 (DGT) (RML)

UNITED STATES OF AMERICA,  §
                           §
           Plaintiff,      §
                           §
    - against -            §
                           §
MARY L. WITTEKIND,         §
                           §
           Defendant.      §
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  JUN 7 200_  ★

P.M. _____
TIME A.M. _____

## DEFAULT JUDGMENT

Because Mary L. Wittekind failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Mary L. Wittekind:

**Claim No. C99-00261W**

| | |
|---|---|
| Principal Balance: | $2,840.61 |
| Total Interest Accrued at 8.000%: | $3,177.79 |
| Filing and Service of Process: | $220.00 |
| Less Credits (Debtor Payments): | $.00 |
| Subtotal: | $6,238.40 |

**Claim No. C99-00262W:**

| | |
|---|---|
| Principal Balance: | $3,420.40 |
| Total Interest Accrued: | $4,042.88 |
| Filing and Service of Process: | $12.09 |
| Less Credits (Debtor Payments): | $0.00 |
| Subtotal: | $7,475.37 |

| | |
|---|---|
| Grand Total of all claims: | $10,148.47 |
| Attorney's Fees: | $1,500.00 |
| Total Owed: | $11,648.47 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
        May 16, 2004

                                    s/David G. Trager
                                    David G. Trager
                                    United States District Judge